AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ABRAHAM RODRIGUEZ,

          Plaintiff,

          v.

SPOKANE COUNTY, OZZIE KNEZOVICH,
JOHN McGRATH, DAN VELOSKI, LT. TYLER,
CRISWELL KENNEDY and C. SLAGLE,

          Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-441-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the Second Amended Complaint is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

April 20 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia